KENNETH M. SORENSON
United States Attorney
District of Hawaii

JOSEPH M. MCGINLEY HI#11488
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: joseph.mcginley@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JEREMY KUYKENDALL Individually, and as Next Friend of I.K., a Minor; KAITLIN KUYKENDALL Individually, and as Next Friend of I.K., a Minor; I.K. a Minor,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. CV25-00477 SASP-WRP<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT UNITED STATES OF AMERICA; CERTIFICATE OF SERVICE |
|---|---|

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
UNITED STATES OF AMERICA

Assistant United States Attorney Joseph M. McGinley hereby enters his appearance on behalf of Defendants UNITED STATES OF AMERICA in the above-captioned case.

DATED: December 02, 2025, at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii

/s/ Joseph M. McGinley
By_____
JOSEPH M. MCGINLEY
Assistant U.S. Attorney

Attorneys for Defendants
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that, on this date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically via CM/ECF:</u>

LAURA E. OZAK, ESQ.                          Lauraozak@gmail.com
438 Hobron Lane, #218
Honolulu, Hawaii 96815
Tel: (808) 371 9219

LAURIE HIGGINBOTHAM, ESQ.        Laurie@trial.Law
STEVEN HASPEL, ESQ.                       Steven@trial.Law
PRO HAC VICE
National Trial Law
1114 Lost Creek Blvd., Suite 410
Austin, TX 78746
Tel: (512) 476-4400

Attorneys for Plaintiffs
JEREMY KUYKENDALL
KAITLIN KUYKENDALL
I.K.

DATED: December 02, 2025, at Honolulu, Hawaii.


/s/ Joseph M. McGinley
_____
U. S. Attorney's office
District of Hawaii